### 15059.   HARVEY *v.* THE STATE.

LUKE, J. The evidence authorized the conviction. The charge of the court upon the law of shooting at another worked no harm to the defendant. The defendant had a legal trial, and the court, having approved the verdict, properly overruled the motion for a new trial.
  *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
        DECIDED DECEMBER 5, 1923.

Conviction of assault with intent to murder; from Fulton superior court—Judge Humphries. September 10, 1923.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, R. H. Pharr,* contra.

---

### 15074.   LLOYD *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence and the overruling of the motion for a new trial was not error.
        *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
        DECIDED DECEMBER 5, 1923.

Accusation of possession of liquor; from city court of Oglethorpe —Judge Greer. September 10, 1923.

*Jere M. Moore,* for plaintiff in error.

*John B. Guerry, solicitor,* contra.